Emergency Complaint

~~Motion~~ or (Please see certificate)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:PENDING
DR JIMMY LAFAILLE,
Plaintiff,
vs.
VITAS HEALTHCARE CORPORATION OF FLORIDA
Defendants.

FILED BY [signature] D.C.
SEP 1 1 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

PRO SE COMPLAINT FOR TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIPS, DEPRIVATION OF CLINICAL REVENUE, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS DEMANDING 50,000,000 IN DAMAGES FOR EVERY YEAR (Fifty Million dollars) (or)

1. DEFENDANTS SERVICE DATA: Service of process is directed to their official Florida Registered Agents:

- **Vitas Healthcare Registered Agent**: C T Corporation System, 1200 South Pine Island Road, Plantation, FL 33324. Phone: (800) 598-6140.

2. GENERAL ALLEGATIONS: Since 2024, Defendants systematically enrolled Plaintiff's active, stable psychiatric patients residing at Arden Court of Delray Beach Florida, a regional memory care facilities into hospice care. Defendants completely and willfully failed to follow standard Medicare protocols regarding provider notification dates, completely ignoring Plaintiff's hard work, clinical care records, and continuous treatment history. Defendants knowingly omitted confirming with Medicare the exact dates they took over care, creating a complete electronic blockage that prevented the Plaintiff from being paid for her essential clinical services. When Plaintiff placed repeated phone calls to Defendants' main administrative offices to resolve the provider date overlap, Defendants completely refused to provide an administrative representative to address or correct the error.
3. CATASTROPHIC PHYSIOLOGICAL DAMAGE: Defendants' unconscionable failure to accurately log provider transition dates directly stripped Plaintiff of her multi-year clinical livelihood and income. This predatory exclusion directly induced an active residential eviction emergency for a $5,775.00 rent balance, default on multiple business loans, and absolute homelessness. This coordinated financial deprivation caused a severe physical breakdown, a 40-pound physical weight loss dropping Plaintiff from 150 lbs down to a dangerous 110 lbs, extreme medical/dental neglect due to copay insolvency, and an emergency cardiac stabilization event in Taiwan due to triggered medical PTSD and historical SVT.

WHEREFORE, Plaintiff, [DR JIMMY LAFAILLE], respectfully requests this Court enter judgment against Defendants, jointly and severally, for compensatory, special, and punitive damages valued at 50,000,000 (Fifty million dollars) and demands a trial by jury.

Initials: or

Respectfully submitted,

This is part of coordinated efforts made to Block all of my finances by a group of conspirators including United Healthcare, University of Miami, St. Thomas University for years!! Defendants: Carole Fears and Fabian Wrighth, Optum pay UHC etc.!

Email: Jimmy Lafaille@att.net
First Name - Dr Jimmy
Last Name - Lafaille
Signature - [signature]
(561) 7026309